Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JORGE RAMIREZ

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JORGE RAMIREZ, | Case No.: 2:19-cv-00058-AG-GJS |
| Plaintiff; | **VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| SPEEDY CASH, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, JORGE RAMIREZ, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that he voluntarily dismisses all claims in this action as to himself in his individual capacity *with prejudice*. Defendant Speedy Cash has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATED: March 11, 2019                WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff,
JORGE RAMIREZ

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Jamie D. Wells
McGuireWoods LLP
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
T:  +1 415 844 1972
M: +1 925 785 0654
F:  +1 415 844 1915
jwells@mcguirewoods.com
Attorneys for Defendant,
SPEEDY CASH

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal